NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**PAUL M. DEAN, JR.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5113

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-392, Judge Margaret M. Sweeney.

---

**ON MOTION**

---

**ORDER**

Paul M. Dean, Jr. moves to reinstate his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The court's July 14, 2010 dismissal order will be vacated, the mandate will be recalled, and the appeal will be

reinstated if Dean files his brief within 21 days of the date of this order.

FOR THE COURT

AUG 2 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael D.J. Eisenberg, Esq.
John S. Groat, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 0 2010

JAN HORBALY
CLERK